1
2
3
4

5     UNITED STATES DISTRICT COURT
6     EASTERN DISTRICT OF WASHINGTON

7
8     FRANCES WHITE,                          NO: 12-CV-0460-TOR

9                    Plaintiff,               ORDER GRANTING STIPULATED
                                              MOTION FOR DISMISSAL WITH
10          v.                                PREJUDICE

11    IQ DATA INTERNATIONAL, INC.,
      d/b/a RENT COLLECT GLOBAL, a
12    Washington Corporation, and THE
      RIDGE AT MIDWAY, LLC, a
13    Washington Limited Liability
      Company, and FPI MANAGEMENT,
14    INC., a California Corporation

15                   Defendants.

16        BEFORE THE COURT is the parties' Stipulation and Joint Motion for

17    Order of Dismissal (ECF No. 11), pursuant to Federal Rule of Civil Procedure

18    41(a)(1)(A)(ii).

19    **ACCORDINGLY, IT IS HEREBY ORDERED**:

20        The parties' stipulated motion for dismissal with prejudice (ECF No. 11) is

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH
PREJUDICE ~ 1

1  **GRANTED**.  All claims and causes of action in this matter are **DISMISSED** with

2  prejudice and without costs or fees to any party.

3      The District Court Executive is hereby directed to enter this Order, furnish

4  copies to counsel, and **CLOSE** the file.

5      **DATED** this 18th day of September, 2012.

6                            *s/ Thomas O. Rice*

7                            THOMAS O. RICE
                      United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE ~ 2